UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 14-40145 |
| | ) | CHAPTER | 13 |
| DENNIS EUGENE SEKEMA | ) | REG/tk | |
| JAMIE MARIE SEKEMA | ) | | |
| | ) | | |
| Debtor(s) | | | |

## ORDER TAKING ISSUES UNDER ADVISEMENT

Dated on December 16, 2014.

A hearing to consider whether Jefferson Capital Systems, Resurgent Capital Service and/or LVNV Funding LLC violated the requirements of Rule 9011(b)(2) of the Federal Rules of Bankruptcy Procedure was held at Lafayette, Indiana, on December 10, 2014, with Christopher Schmidgall, counsel for debtors, and David Rosenthal, trustee, present. The creditors, Jefferson Capital Systems, Resurgent Capital Service and/or LVNV Funding, failed to appear.

The issues of whether the creditors violated the requirements of Rule 9011(b)(2) of the Federal Rules of Bankruptcy Procedure and whether sanctions should be imposed are taken under advisement.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court