UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF: )
)
DENNIS EUGENE SEKEMA ) CASE NO. 14-40145
JAMIE MARIE SEKEMA )
)
    Debtors )

## ORDER IMPOSING SANCTIONS

On January 7, 2015.

This matter having come before the court to consider whether Jefferson Capital Systems, LLC violated the requirements of Bankruptcy Rule 9011(b)(2), the issues having been determined and a decision rendered, it is

THEREFORE ORDERED that Jefferson Capital Systems, LLC shall pay the clerk of this court the sum of $1,000 within fourteen (14) days of this date.

                                              */s/ Robert E. Grant*
                                        Chief Judge, United States Bankruptcy Court